# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| | ) 1:20-CV-04924-TWT |
| v. | ) |
| | ) |
| RANCHO GRANDE | ) |
| RESTAURANT, INC., | ) |
| | ) |
| Defendant. | ) |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, Anton Clifford, through undersigned counsel of record, and hereby files a Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted, this 30th day of June 2021.

/s/ Meredith J. Carter
Meredith J. Carter
Georgia Bar No. 325422

M. CARTER LAW LLC
2690 Cobb Parkway
Suite A5-294
Smyrna, GA 30080
(404) 618-3838
meredith@mcarterlaw.com

## **CERTIFICATE OF FONT COMPLIANCE** **REQUIRED BY LOCAL RULE 7.1D**

In accordance with Local Rule 7.1D, I hereby certify that the foregoing **Voluntary Dismissal without Prejudice** was prepared with one of the font and point selections approved by the Court in Local Rule 5.1B. Specifically, it was prepared with Times New Roman, 14 point.

This 30th day of June 2021.

/s/ Meredith J. Carter
Meredith J. Carter
Georgia Bar No. 325422